[Nos. 53742-3-I; 53935-3-I. Division One. March 14, 2005.]

ALCON LABORATORIES, INC., *Respondent*, v. WILL VISION & LASER CENTERS, P.C., *Appellant.*

Appeals from judgments of the Superior Court for King County, No. 03-2-13217-9, Linda Lau, J., entered December 31, 2003 and February 1, 2004. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox, C.J., and Becker, J.

[No. 53819-5-I. Division One. March 14, 2005.]

*In the Matter of the Personal Restraint of* RAY WALKER, *Petitioner.*

Petition for relief from personal restraint. *Transferred* for determination by the superior court.

[No. 53902-7-I. Division One. March 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN GREENHALGH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-8-05004-2, Harry J. McCarthy, J., entered March 3, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54030-1-I. Division One. March 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY KIRK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-02592-1, Richard McDermott, J., entered March 29, 2004. *Affirmed* by unpublished per curiam opinion.